Opinion issued July 15, 2025



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00085-CV

———————————

**RYAN KELSALL, Appellant**

**V.**

**RACHEL HAISTEN, Appellee**

On Appeal from the County Court at Law No. 1
Waller County, Texas
Trial Court Case No. 22-12-27249

## MEMORANDUM OPINION

Appellant Ryan Kelsall has filed a motion to dismiss his appeal, stating that the parties have resolved their underlying dispute and a new agreed order in the suit to modify the parent-child relationship has been signed by the trial court. Appellant attached a copy of the new order to the motion.

Because no certificate of conference was included with the motion, the Court held this motion for 10 days to permit the appellee to respond. No response was filed. *See* TEX. R. APP. P. 10.3(a)(1). Accordingly, we grant the motion.

We dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.